UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF                          )
                                          )
THE EXTRADITION OF                        )          No. 19 M 542
                                          )
RAPHAEL AVRAHAM STERNBERG       )

ORDER

The Court having received the Complaint filed on June 14, 2019, by Megan E. Farrell,

Assistant United States Attorney for the Eastern District of New York pursuant to the request of

the Government of Israel, for the  extradition of RAPHAEL AVRAHAM STERNBERG, and an

affidavit executed by RAPHAEL AVRAHAM STERNBERG and witnessed by his attorney;

And, further, the Court having been advised in open session that RAPHAEL AVRAHAM

STERNBERG is a fugitive sought by the Government of Israel; that he is aware that the

Government of Israel has filed charges against him and has obtained a warrant for his arrest; that

he has reviewed the Complaint filed by the United States Attorney for this judicial district; that

he has been fully advised of his rights in this country pursuant to the extradition treaty in force

between the Government of the United States and the Government of Israel and Title 18, United

States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that RAPHAEL AVRAHAM STERNBERG be

committed to the custody of the United States Marshals Service pending arrival of the duly

authorized representatives of the Government of Israel, at which time the United States Marshals

Service shall deliver him to the custody of such authorized representatives to be transported to

Israel to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of RAPHAEL

AVRAHAM STERNBERG shall be at such time and place as mutually agreed upon by the

United States Marshals Service and the duly authorized representatives of the Government of

Israel.

The Clerk of the Court is directed to forward copies of this Order and the executed

Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division,

Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 26th day of Sept, 2019.

s/ Mann

Hon. Roanne L. Mann
United States Chief Magistrate Judge
Eastern District of New York